

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2015

No. 04-15-00198-CV

**IN RE** David B.T. **MYRICK**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Jason Pulliam, Justice

On April 2, 2015, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than April 28, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED IN PART. The trial court's order and amended order granting the motion to transfer venue filed on behalf of Moody National Bank is temporarily STAYED pending final resolution of the petition for writ of mandamus filed in this court.

It is so **ORDERED** on April 7, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 14847B, styled *Janice Moody v. Linda Moody, Elizabeth Moody, W.L. Moody V, Edna M. Archer, David B.T. Myrick, Kathryn K. Pacheco, and Haden M. Beardsley*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Rex Emerson, presiding.